# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| AMSTED RAIL, INC.. and ASF-K de Mexico S. de R.L. de C.V., | |
| *Plaintiffs*, | Court No. 1:23-00268 |
| v. | |
| UNITED STATES, | |
| *Defendant,* and | |
| COALITION OF FREIGHT COUPLER PRODUCERS, | |
| *Defendant-Intervenor.* | |
| WABTEC CORPORATION, | |
| *Plaintiff*, | Court No. 1:23-00157 |
| v. | |
| UNITED STATES, | |
| *Defendant,* and | |
| COALITION OF FREIGHT COUPLER PRODUCERS, | |
| *Defendant-Intervenor.* | |
| STRATO, INC., | |
| *Plaintiff*, | Court No. 1:23-00158 |

|   |   |
|---|---|
| v. | : |
|   | : |
| UNITED STATES, | : |
|   | : |
|          *Defendant,* | : |
| and | : |
|   | : |
| COALITION OF FREIGHT COUPLER PRODUCERS, | : |
|   | : |
|          *Defendant-Intervenor.* | : |
|   | : |

## **[PROPOSED] REPLY IN SUPPORT OF JOINT MOTION TO CONSOLIDATE CASES**

In a highly unusual move, the International Trade Commission and Coalition of Freight Coupler Producers (together, "Defendants") have filed oppositions to Plaintiffs' joint motion to consolidate the above-captioned cases after initially taking no position on it. And rather than ground their objection in some intervening circumstance that could justify their late-breaking opposition, they point only to the counts in Plaintiffs' complaints, which were already on file at the time Defendants initially took no position. The result is to sandbag Plaintiffs. Plaintiffs heard of Defendants' concerns for the first time with their opposition. Plaintiffs thus had no opportunity to deal with those concerns informally or address them in the argument accompanying their motion.

In addition to being procedurally dubious, Defendants' objections are entirely meritless. The ITC concedes—and the Coalition does not challenge—that Wabtec's and Strato's ("Chinese Respondents") cases should be consolidated. *See* Case 1:23-cv-00158, ECF No. 30 ("ITC Opp.") at 3–4. Consolidation of these cases with Amsted's would clearly further judicial economy because *every issue* raised by Amsted is also raised by the Chinese Respondents. As the ITC admits, "all Plaintiffs have indicated that they will challenge the Commission's definition of the domestic industry and its material injury findings," and both Strato and Amsted raise the same

"conflict-of-interest claim." ITC Opp. 4. And although Strato will not have the same asserted basis for standing on the latter claim as Amsted, *id.*; Case 1:23-cv-00158, ECF No. 29 ("Coalition Opp.") at 3, in both cases, the parties will have to brief both standing *and the merits*—with the merits issue being identical in both cases. Without consolidation, there will be needless duplicative briefing on all these common issues, along with the risk of inconsistent results based on the arguments and concessions made in each case.

That leaves only one genuinely distinct set of claims across the cases, namely the Chinese Respondents' arguments that the negative determination in *FRC I* should have foreclosed cumulation and an affirmative determination in *FRC II*. But these claims will hardly dominate the briefing or make the proceedings unwieldy, much less outweigh the benefits of consolidation for all the common issues. The Chinese Respondents' arguments are largely legal, not factual, turning mostly on the proper interpretation of the Tariff Act's review provisions and the nature of the ITC's inherent authority, all of which can be briefed efficiently. In contrast, the common issues of material injury, the definition of the domestic injury, and the potential conflict of interest will be fact intensive and likely need substantially more briefing space to flesh out. The Plaintiffs' motion should be granted.

Respectfully submitted,

/s/ Richard P. Ferrin
Douglas J. Heffner
Brian Perryman
Richard P. Ferrin
Carrie Bethea Connolly
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Washington, DC 20005
Telephone: (202) 230-5803

*Attorneys for Plaintiffs Amsted Rail Inc. and ASF-K de Mexico S. de R.L. de C.V.*

/s/ David M. Morrell
David M. Morrell
Ryan M. Proctor
Shelbie M. Rose

JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3636
Fax: (202) 626-1700
Email: dmorrell@jonesday.com

*Attorneys for Wabtec Corporation*

/s/ Andrew T. Schutz
Andrew T. Schutz
Ned H. Marshak

GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP
1201 New York Ave., NW, Suite 650
Washington, DC 20005
(202) 783-6881
Fax: (202) 783-0405
Email: aschutz@gdlsk.com

Dated: February 26, 2024                    *Attorneys for Plaintiff Strato Inc.*