**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| WABTEC CORP.,<br><br>Plaintiff,<br><br>and<br><br>STRATO, INC.,<br><br>Consolidated Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>COALITION OF FREIGHT COUPLER PRODUCERS,<br><br>Defendant-Intervenor. | Before: Gary S. Katzmann, Judge<br>Consol. Court No. 23-00157 |

**JUDGMENT**

This case having been submitted for decision, and the court, after due deliberation, having rendered an opinion; now, in conformity with that opinion, it is hereby

**ORDERED** that the U.S. International Trade Commission's Views of the Commission on Remand, Feb. 11, 2026, ECF No. 117 are sustained; and it is further

**ORDERED** that judgment is entered for Defendant the United States.

**SO ORDERED.**

*/s/ Gary S. Katzmann*
Gary S. Katzmann, Judge

Dated: September 14, 2026
New York, New York